UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: NELSON, DANNY LEE | § | Case No. 09-72651 |
| NELSON, LISA ANNE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 26, 2009. The undersigned trustee was appointed on June 27, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         100,016.41

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 9,610.00 |
   | Bank service fees | 2,485.96 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 87,920.45 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/18/2009 and the deadline for filing governmental claims was 12/23/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,250.82. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,250.82, for a total compensation of $8,250.82.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $224.31, for total expenses of $224.31.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/21/2012        By:/s/MEGAN G. HEEG
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-72651 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | NELSON, DANNY LEE | Filed (f) or Converted (c): | 06/26/09 (f) |
|  | NELSON, LISA ANNE | §341(a) Meeting Date: | 08/14/09 |
| Period Ending: | 08/21/12 | Claims Bar Date: | 11/18/09 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 601 Hickory Hills Drive, Morrison, (ap | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 224 Franklin St, Hartford City, IN, Hartford Cit | 226,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Furs and jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Firearms, sports, photographic and hobby equip. | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Interests in insurance policies | 1.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA, ERISA, Keogh, pension, profit sharing plan | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | IRA, ERISA, Keogh, pension, profit sharing plan | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Stock and interests in businesses<br>1/3 interest in HDR&T Car Wash, Inc. (it owns car washes located in in Jacksonville, IL and LeMars Iowa) | Unknown | 50,000.00 |  | 50,000.00 | FA |
| 12 | Stock and interests in businesses<br>1/3 interest in Nelson Realty, Inc. (it owns the real estate rented to the electric company ) | Unknown | 10,000.00 |  | 10,000.00 | FA |
| 13 | Stock and interests in businesses<br>1/3 interest in Howard & Hugh Nelson Electric Service, Inc.  shares subject to a buy sell agreement | Unknown | 40,000.00 |  | 40,000.00 | FA |
| 14 | Stock and interests in businesses | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Autos, trucks, trailers, other vehicles, access. | 7,100.00 | 0.00 | DA | 0.00 | FA |
| 16 | Autos, trucks, trailers, other vehicles, access. | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 17 | Office equipment, furnishings, and supplies | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | Animals | 25.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 16.41 | FA |
| 19 | Assets    Totals (Excluding unknown values) | $464,976.00 | $100,000.00 |  | $100,016.41 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 09-72651 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | NELSON, DANNY LEE | Filed (f) or Converted (c): | 06/26/09 (f) |
| | NELSON, LISA ANNE | §341(a) Meeting Date: | 08/14/09 |
| Period Ending: | 08/21/12 | Claims Bar Date: | 11/18/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   August 30, 2010          Current Projected Date Of Final Report (TFR):   August 21, 2012 (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-72651 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | NELSON, DANNY LEE | | Bank Name: | The Bank of New York Mellon |
| | NELSON, LISA ANNE | | Account: | 9200-******27-19 - Money Market Account |
| Taxpayer ID #: | **-***7745 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/21/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/15/11 | | FUNDING ACCOUNT: 9200******2765 | | 9999-000 | 85,000.00 | | 85,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.90 | | 85,000.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.16 | | 85,003.06 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.09 | | 85,005.15 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.16 | | 85,007.31 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.67 | | 85,007.98 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.41 | | 85,008.39 |
| 07/18/11 | | To Account #9200******2720 | combine MMA's | 9999-000 | | 85,008.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 85,008.39 | 85,008.39 | $0.00 |
| | | | Less: Bank Transfers | | 85,000.00 | 85,008.39 | |
| | | | **Subtotal** | | 8.39 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8.39** | **$0.00** | |

{} Asset reference(s)

Printed: 08/21/2012 12:21 PM    V.13.03

Case 09-72651    Doc 96    Filed 08/23/12    Entered 08/23/12 16:17:34    Desc Main
                                Document            Page 6 of 11

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-72651 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | NELSON, DANNY LEE | | Bank Name: | The Bank of New York Mellon |
| | NELSON, LISA ANNE | | Account: | 9200-******27-20 - Checking Account |
| Taxpayer ID #: | **-***7745 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/21/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/15/11 | | FUNDING ACCOUNT: 9200******2765 | | 9999-000 | 15,000.00 | | 15,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 15,000.05 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.17 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.29 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.41 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,000.52 |
| 07/18/11 | | From Account #9200******2719 | combine MMA's | 9999-000 | 85,008.39 | | 100,008.91 |
| 07/18/11 | | From Account #9200******2765 | combine MMA's | 9999-000 | 2.13 | | 100,011.04 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 100,011.46 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.99 | 99,924.47 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.84 | | 99,925.31 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 232.72 | 99,692.59 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -6.85 | 99,699.44 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.81 | | 99,700.25 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 204.85 | 99,495.40 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.84 | | 99,496.24 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 197.63 | 99,298.61 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.80 | | 99,299.41 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 217.66 | 99,081.75 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 99,082.58 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 203.59 | 98,878.99 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 98,879.82 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 216.16 | 98,663.66 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 195.43 | 98,468.23 |
| 03/12/12 | 101 | Carl Swanson, CPA | Court approved CPA fees | 3410-000 | | 9,610.00 | 88,858.23 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 195.21 | 88,663.02 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 175.62 | 88,487.40 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 199.48 | 88,287.92 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.88 | 88,113.04 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 192.59 | 87,920.45 |
| | | | ACCOUNT TOTALS | | 100,016.41 | 12,095.96 | $87,920.45 |
| | | | Less: Bank Transfers | | 100,010.52 | 0.00 | |
| | | | Subtotal | | 5.89 | 12,095.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5.89 | $12,095.96 | |

{} Asset reference(s)                                                                                                                    Printed: 08/21/2012 12:21 PM        V.13.03

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-72651 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | NELSON, DANNY LEE | | Bank Name: | The Bank of New York Mellon |
| | NELSON, LISA ANNE | | Account: | 9200-******27-65 - Money Market Account |
| Taxpayer ID #: | **-***7745 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/21/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/11 | | Law Office of William Shirk Trust Account | 1/3 interest in stock and interest in businesses | | 100,000.00 | | 100,000.00 |
| | {11} | | 1/3 interest in HDR&T Car Wash    50,000.00 | 1129-000 | | | 100,000.00 |
| | {12} | | 1/3 interest in Nelson Realty, Inc.    10,000.00 | 1129-000 | | | 100,000.00 |
| | {13} | | 1/3 interest in Howard & Hugh Nelson Electric    40,000.00 | 1129-000 | | | 100,000.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.90 | | 100,000.90 |
| 02/15/11 | | ACCOUNT FUNDED: 9200******2719 | | 9999-000 | | 85,000.00 | 15,000.90 |
| 02/15/11 | | ACCOUNT FUNDED: 9200******2720 | | 9999-000 | | 15,000.00 | 0.90 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.23 | | 2.13 |
| 07/18/11 | Int | The Bank of New York Mellon | combine MMA's | 1270-000 | 0.00 | | 2.13 |
| 07/18/11 | | To Account #9200******2720 | combine MMA's | 9999-000 | | 2.13 | 0.00 |

|  |  | ACCOUNT TOTALS | 100,002.13 | 100,002.13 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 100,002.13 | |
| | | Subtotal | 100,002.13 | 0.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $100,002.13 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******27-19 | 8.39 | 0.00 | 0.00 |
| Checking # 9200-******27-20 | 5.89 | 12,095.96 | 87,920.45 |
| MMA # 9200-******27-65 | 100,002.13 | 0.00 | 0.00 |
| | $100,016.41 | $12,095.96 | $87,920.45 |

{} Asset reference(s)            Printed: 08/21/2012 12:21 PM        V.13.03

# Claims Proposed Distribution

## Case: 09-72651   NELSON, DANNY LEE

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $87,920.45 | Total Proposed Payment: | $87,920.45 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Ehrmann Gehlbach Badger & Lee | Admin Ch. 7 | 295.30 | 295.30 | 0.00 | 295.30 | 295.30 | 87,625.15 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger & Lee | Admin Ch. 7 | 7,690.00 | 7,690.00 | 0.00 | 7,690.00 | 7,690.00 | 79,935.15 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 224.31 | 224.31 | 0.00 | 224.31 | 224.31 | 79,710.84 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 8,250.82 | 8,250.82 | 0.00 | 8,250.82 | 8,250.82 | 71,460.02 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| 4P | Illinois Department of Revenue | Priority | 7,786.95 | 7,786.95 | 0.00 | 7,786.95 | 7,786.95 | 63,673.07 |
| 5P | Department of the Treasury | Priority | 18,049.26 | 18,049.26 | 0.00 | 18,049.26 | 18,049.26 | 45,623.81 |
| 9 | Internal Revenue Service | Priority | 1,362.99 | 1,362.99 | 0.00 | 1,362.99 | 1,362.99 | 44,260.82 |
| 13 | Internal Revenue Service | Priority | 813.74 | 813.74 | 0.00 | 813.74 | 813.74 | 43,447.08 |
| 1 | Medical Assoc. of Clinton | Unsecured | 194.66 | 194.66 | 0.00 | 194.66 | 29.92 | 43,417.16 |
| 2 | RRCA Accounts Mgmt, Inc. | Unsecured | 120.26 | 120.26 | 0.00 | 120.26 | 18.48 | 43,398.68 |
| 3 | Alliance Nutrition Millview Feed Se | Unsecured | 4,836.16 | 4,836.16 | 0.00 | 4,836.16 | 743.19 | 42,655.49 |
| 4U | Illinois Department of Revenue | Unsecured | 1,326.70 | 1,326.70 | 0.00 | 1,326.70 | 203.88 | 42,451.61 |
| 5U | Department of the Treasury | Unsecured | 3,223.95 | 3,223.95 | 0.00 | 3,223.95 | 495.43 | 41,956.18 |
| 6U | Port Byron State Bank | Unsecured | 265,571.05 | 265,571.05 | 0.00 | 265,571.05 | 40,811.13 | 1,145.05 |
| 7 | PRA Receivables Management, LLC | Unsecured | 7,451.23 | 7,451.23 | 0.00 | 7,451.23 | 1,145.05 | 0.00 |
| | Total for Case 09-72651 : | | $327,197.38 | $327,197.38 | $0.00 | $327,197.38 | $87,920.45 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $16,460.43 | $16,460.43 | $0.00 | $16,460.43 | 100.000000% |
| Total Priority Claims : | $28,012.94 | $28,012.94 | $0.00 | $28,012.94 | 100.000000% |
| Total Unsecured Claims : | $282,724.01 | $282,724.01 | $0.00 | $43,447.08 | 15.367312% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72651
Case Name: NELSON, DANNY LEE
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 87,920.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Port Byron State Bank | 130,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 87,920.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 8,250.82 | 0.00 | 8,250.82 |
| Trustee, Expenses - MEGAN G. HEEG | 224.31 | 0.00 | 224.31 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 7,690.00 | 0.00 | 7,690.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 295.30 | 0.00 | 295.30 |

Total to be paid for chapter 7 administration expenses: $ 16,460.43
Remaining balance: $ 71,460.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 71,460.02

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,012.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 7,786.95 | 0.00 | 7,786.95 |
| 5P | Department of the Treasury | 18,049.26 | 0.00 | 18,049.26 |
| 9 | Internal Revenue Service | 1,362.99 | 0.00 | 1,362.99 |
| 11 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 13 | Internal Revenue Service | 813.74 | 0.00 | 813.74 |

Total to be paid for priority claims:   $   28,012.94
Remaining balance:   $   43,447.08

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 282,724.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Medical Assoc. of Clinton | 194.66 | 0.00 | 29.92 |
| 2 | RRCA Accounts Mgmt, Inc. | 120.26 | 0.00 | 18.48 |
| 3 | Alliance Nutrition Millview Feed Se | 4,836.16 | 0.00 | 743.19 |
| 4U | Illinois Department of Revenue | 1,326.70 | 0.00 | 203.88 |
| 5U | Department of the Treasury | 3,223.95 | 0.00 | 495.43 |
| 6U | Port Byron State Bank | 265,571.05 | 0.00 | 40,811.13 |
| 7 | PRA Receivables Management, LLC | 7,451.23 | 0.00 | 1,145.05 |
| 10 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   43,447.08
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 639.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Iowa Department of Revenue | 639.99 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,050.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 -2 | Department of the Treasury | 1,050.37 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**