# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

|  |  |  |
|---|---|---|
| In re: NELSON, DANNY LEE | § | Case No. 09-72651 |
| NELSON, LISA ANNE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/15/2012 in Courtroom 3100, United States Courthouse, 327 S. Church Stret
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/21/2012            By:  /s/MEGAN G. HEEG
                                        Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: NELSON, DANNY LEE          §    Case No. 09-72651
      NELSON, LISA ANNE          §
                                        §
   Debtor(s)                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $     100,016.41

*and approved disbursements of*        $     12,095.96

*leaving a balance on hand of* [1]        $     87,920.45

**Balance on hand:**        $     87,920.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Port Byron State Bank | 130,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $    0.00
Remaining balance:   $    87,920.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 8,250.82 | 0.00 | 8,250.82 |
| Trustee, Expenses - MEGAN G. HEEG | 224.31 | 0.00 | 224.31 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 7,690.00 | 0.00 | 7,690.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 295.30 | 0.00 | 295.30 |

Total to be paid for chapter 7 administration expenses:   $    16,460.43
Remaining balance:   $    71,460.02

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   71,460.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,012.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 7,786.95 | 0.00 | 7,786.95 |
| 5P | Department of the Treasury | 18,049.26 | 0.00 | 18,049.26 |
| 9 | Internal Revenue Service | 1,362.99 | 0.00 | 1,362.99 |
| 11 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 13 | Internal Revenue Service | 813.74 | 0.00 | 813.74 |

Total to be paid for priority claims:   $   28,012.94
Remaining balance:   $   43,447.08

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 282,724.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Medical Assoc. of Clinton | 194.66 | 0.00 | 29.92 |
| 2 | RRCA Accounts Mgmt, Inc. | 120.26 | 0.00 | 18.48 |
| 3 | Alliance Nutrition Millview Feed Se | 4,836.16 | 0.00 | 743.19 |
| 4U | Illinois Department of Revenue | 1,326.70 | 0.00 | 203.88 |
| 5U | Department of the Treasury | 3,223.95 | 0.00 | 495.43 |
| 6U | Port Byron State Bank | 265,571.05 | 0.00 | 40,811.13 |
| 7 | PRA Receivables Management, LLC | 7,451.23 | 0.00 | 1,145.05 |

**UST Form 101-7-NFR (10/1/2010)**

| 10 | Internal Revenue Service | | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 43,447.08 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 639.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Iowa Department of Revenue | 639.99 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,050.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 -2 | Department of the Treasury | 1,050.37 | 0.00 | 0.00 |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:   /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-72651-MB
Danny Lee Nelson                                                          Chapter 7
Lisa Anne Nelson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3        User: lorsmith        Page 1 of 3              Date Rcvd: Aug 24, 2012
                           Form ID: pdf006        Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2012.
db/jdb       #+Danny Lee Nelson,   Lisa Anne Nelson,   601 Hickory Hills Drive,   Morrison, IL 61270-2064
14093406      AFSCME Advantage Mastercard,   P.O. Box 88000,   Baltimore, MD 21288-0001
14093407     +Alliance Nutrition Millview Feed Se,   23987 Carroll Road,   Morrison, IL 61270-9408
14093408     +Allied Business Accounts, Inc.,   PO Box 1600,   Clinton, IA 52733-1600
14093409     +CBE Group,   131 Tower Park Drive,   Suite 100,   Waterloo, IA 50701-9374
17295615      Department of the Treasury,   Internal Revenue Service,   Cincinnati, OH 4599-0039
14093410     +Farmer's State Bank,   1100 East Lincolnway,   Morrison, IL 61270-2972
14093411     +Federated Mutual Insurance Company,   P.O. Box 328,   Owatonna, MN 55060-0328
14093412      First Collection Services,   10925 Otter Creek Road,   Mabelvale, AR 72103
14093413      HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
14093414     +HSBC Bank Nevada, NA,   PO Box 98737,   Las Vegas, NV 89193
14093415     +Hugh Nelson,   1005 Glenwood Drive,   Morrison, IL 61270-3033
14093416      Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
14093417     +Indiana Workforce Development,   10 North Senate Avenue,   Indianapolis, IN 46204-2277
17389068     +Iowa Department of Revenue,   Attn Bankruptcy Unit,   POB 10471,   Des Moines, IA 50306-0471
14373896     +Medical Assoc. of Clinton,   c/o Quad Corporation,   2322 E Kimberly Rd  Ste 215W,
               Davenport, IA 52807-7207
14093420     +Mercy Medical Center-Clinton,   1410 North Fourth Street,   Clinton, IA 52732-2999
14093421     +Morrison General Electric,   207 Larch Street,   Morrison, IL 61270-2025
14093422     +Nelson's Electric,   101 W Market St,   Morrison, IL 61270-2645
14740796     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Union,
               POB 41067,   NORFOLK VA 23541-1067
14093423     +Port Byron State Bank,   124 N Main St,   Port Byron, IL 61275-7723
14093424     +Quad Corporation,   2322 E. Kimberly Road Suite 215W,   Davenport, IA 52807-7207
14093425     +Randy Nelson,   1 Genesee St,   Morrison, IL 61270-2902
14093427      Sprint,   BOX 41466,   PHILADELPHIA PA 19101
14093428     +The CBE Group Inc.,   131 Tower Park,   P.O. Box 900,   Waterloo, IA 50704-0900
14093429      Todd Nelson,   Noble Rd,   Morrison, IL 61270
14093430     +Tri State Adjustments Freeport, Inc,   PO Box 882,   Freeport, IL 61032-0882
14093431     +Union Plus Master Card,   PO Box 88000,   Baltimore, MD 21288-0001
14093434     +Whiteside County Collector,   Whiteside County Courthouse,   200  E. Knox Street,
               Morrison, IL 61270-2819
14093435     +William J. Simpson, DDS,   521 W. Wall Street,   Morrison, IL 61270-2139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14093418      E-mail/Text: cio.bncmail@irs.gov Aug 25 2012 00:32:07   Department of the Treasury,
               Internal Revenue Service,   POB 7346,   Philadelphia PA 19101-7346
17240049      E-mail/Text: cio.bncmail@irs.gov Aug 25 2012 00:32:07   Internal Revenue Service,
               PO Box 21126,   Philadelphia, PA 19114
17539742      E-mail/Text: cio.bncmail@irs.gov Aug 25 2012 00:32:07   Internal Revenue Service,   POB 9941,
               Stop 5100,   Ogden, UT  94409-0941
14093419     +E-mail/Text: teverson@maclinton.com Aug 25 2012 00:36:02   Medical Associates,
               915  13th Avenue North,   Clinton, IA 52732-5099
14093432      E-mail/Text: bnc@ursi.com Aug 25 2012 00:39:22   United Recovery Systems, LP,
               5800 North Course Drive,   Houston, TX 77072-1613
14093433     +E-mail/Text: vci.bkcy@vwcredit.com Aug 25 2012 00:36:44   VW Credit, Inc,   PO Box 17497,
               Baltimore, MD 21297-1497
14283095      E-mail/Text: vci.bkcy@vwcredit.com Aug 25 2012 00:36:44   VW Credit, Inc.,   P.O. Box 829009,
               Dallas, TX 75382-9009
                                                                                        TOTAL: 7


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14093426     ##+RRCA Accounts Mgmt, Inc.,   312 Locust Street,   Sterling, IL 61081-3539
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith          Page 2 of 3             Date Rcvd: Aug 24, 2012
                             Form ID: pdf006          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2012**          **Signature:**          *Joseph Speetjens*

District/off: 0752-3          User: lorsmith          Page 3 of 3          Date Rcvd: Aug 24, 2012
                             Form ID: pdf006          Total Noticed: 37

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2012 at the address(es) listed below:
              Bernard J Natale    on behalf of Debtor Danny Nelson natalelaw@bjnatalelaw.com
              Megan G Heeg    on behalf of Accountant Carl Swanson heeg@egbbl.com,  IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan Heeg heeg@egblc.com
              Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Debtor Danny Nelson mmagnuson@bjnatalelaw.com
              Thomas J Pastrnak    on behalf of Creditor  Port Byron State Bank tpastrnak@pastrnak.com
                                                                              TOTAL: 7