**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

| | |
|---|---|
| In re: NELSON, DANNY LEE | § Case No. 09-72651 |
| NELSON, LISA ANNE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $464,976.00                     Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $71,460.02        Claims Discharged
                                                    Without Payment: $636,195.16

Total Expenses of Administration: $28,556.39

3) Total gross receipts of $     100,016.41   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00   (see **Exhibit 2**), yielded net receipts of $100,016.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,082,556.55 | $130,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 28,556.39 | 28,556.39 | 28,556.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 49,244.13 | 35,133.04 | 28,012.94 | 28,012.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 633,337.12 | 287,649.55 | 284,414.37 | 43,447.08 |
| **TOTAL DISBURSEMENTS** | $1,765,137.80 | $481,338.98 | $340,983.70 | $100,016.41 |

    4)  This case was originally filed under Chapter 7 on June 26, 2009. The case was pending for 41 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2012          By: /s/MEGAN G. HEEG
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock and interests in businesses | 1129-000 | 50,000.00 |
| Stock and interests in businesses | 1129-000 | 10,000.00 |
| Stock and interests in businesses | 1129-000 | 40,000.00 |
| Interest Income | 1270-000 | 16.41 |
| **TOTAL GROSS RECEIPTS** | | **$100,016.41** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Port Byron State Bank | 4110-000 | 1,039,897.00 | 130,000.00 | 0.00 | 0.00 |
| NOTFILED | Farmer's State Bank | 4110-000 | 18,203.04 | N/A | N/A | 0.00 |
| NOTFILED | Whiteside County Collector Whiteside County Courthouse | 4110-000 | 5,633.40 | N/A | N/A | 0.00 |
| NOTFILED | VW Credit, Inc | 4110-000 | 6,907.60 | N/A | N/A | 0.00 |
| NOTFILED | Farmer's State Bank | 4110-000 | 11,915.51 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,082,556.55** | **$130,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 8,250.82 | 8,250.82 | 8,250.82 |
| MEGAN G. HEEG | 2200-000 | N/A | 224.31 | 224.31 | 224.31 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 7,690.00 | 7,690.00 | 7,690.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 295.30 | 295.30 | 295.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.99 | 86.99 | 86.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 225.87 | 225.87 | 225.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 204.85 | 204.85 | 204.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 197.63 | 197.63 | 197.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 217.66 | 217.66 | 217.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 203.59 | 203.59 | 203.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 216.16 | 216.16 | 216.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 195.43 | 195.43 | 195.43 |
| Carl Swanson, CPA | 3410-000 | N/A | 9,610.00 | 9,610.00 | 9,610.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 195.21 | 195.21 | 195.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 175.62 | 175.62 | 175.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 199.48 | 199.48 | 199.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 174.88 | 174.88 | 174.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 192.59 | 192.59 | 192.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $28,556.39 | $28,556.39 | $28,556.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 4P | Illinois Department of Revenue | 5200-000 | 9,096.22 | 7,786.95 | 7,786.95 | 7,786.95 |
| 5P | Department of the Treasury | 5200-000 | 21,273.37 | 18,049.26 | 18,049.26 | 18,049.26 |
| 9 | Internal Revenue Service | 5200-000 | N/A | 1,362.99 | 1,362.99 | 1,362.99 |
| 11 | Internal Revenue Service | 5200-000 | N/A | 7,120.10 | 0.00 | 0.00 |
| 13 | Internal Revenue Service | 5200-000 | 14,721.68 | 813.74 | 813.74 | 813.74 |
| NOTFILED | Indiana Workforce Development | 5200-000 | 805.52 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 3,347.34 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$49,244.13** | **$35,133.04** | **$28,012.94** | **$28,012.94** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1 | Medical Assoc. of Clinton | 7100-000 | 194.66 | 194.66 | 194.66 | 29.92 |
| 2 | RRCA Accounts Mgmt, Inc. | 7100-000 | 110.00 | 120.26 | 120.26 | 18.48 |
| 3 | Alliance Nutrition Millview Feed Se | 7100-000 | 3,751.55 | 4,836.16 | 4,836.16 | 743.19 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 1,326.70 | 1,326.70 | 203.88 |
| 5U | Department of the Treasury | 7100-000 | N/A | 3,223.95 | 3,223.95 | 495.43 |
| 6U | Port Byron State Bank | 7100-000 | 229,967.60 | 265,571.05 | 265,571.05 | 40,811.13 |
| 7 | PRA Receivables Management, LLC | 7100-000 | 8,238.30 | 7,451.23 | 7,451.23 | 1,145.05 |
| 8 -2 | Department of the Treasury | 7300-000 | N/A | 1,050.37 | 1,050.37 | 0.00 |
| 10 | Internal Revenue Service | 7100-000 | N/A | 3,238.18 | 0.00 | 0.00 |
| 12 | Iowa Department of Revenue | 7200-000 | N/A | 636.99 | 639.99 | 0.00 |
| NOTFILED | Quad Corporation | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Morrison General Electric | 7100-000 | 502.00 | N/A | N/A | 0.00 |
| NOTFILED | Hugh Nelson | 7100-000 | 355,433.82 | N/A | N/A | 0.00 |
| NOTFILED | Medical Associates | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | RRCA Accounts Mgmt, Inc. | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri State Adjustments Freeport, Inc | 7100-000 | 436.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sprint | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | William J. Simspon, DDS | 7100-000 | 641.00 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Master Card | 7100-000 | 7,797.65 | N/A | N/A | 0.00 |
| NOTFILED | United Recovery Systems, LP | 7100-000 | 7,846.91 | N/A | N/A | 0.00 |
| NOTFILED | The CBE Group Inc. | 7100-000 | 77.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 7,797.00 | N/A | N/A | 0.00 |
| NOTFILED | Federated Mutual Insurance Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Collection Services | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 77.72 | N/A | N/A | 0.00 |
| NOTFILED | Farmer's State Bank | 7100-000 | 6,590.96 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts, Inc. | 7100-000 | 334.91 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts, Inc. | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts, Inc. | 7100-000 | 518.04 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $633,337.12 | $287,649.55 | $284,414.37 | $43,447.08 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72651  
**Case Name:** NELSON, DANNY LEE  
NELSON, LISA ANNE  
**Period Ending:** 12/14/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 06/26/09 (f)  
**§341(a) Meeting Date:** 08/14/09  
**Claims Bar Date:** 11/18/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Location: 601 Hickory Hills Drive, Morrison, (ap | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 224 Franklin St, Hartford City, IN, Hartford Cit | 226,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Furs and jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Firearms, sports, photographic and hobby equip. | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Interests in insurance policies | 1.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA, ERISA, Keogh, pension, profit sharing plan | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | IRA, ERISA, Keogh, pension, profit sharing plan | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Stock and interests in businesses 1/3 interest in HDR&T Car Wash, Inc. (it owns car washes located in in Jacksonville, IL and LeMars Iowa) | Unknown | 50,000.00 | | 50,000.00 | FA |
| 12 | Stock and interests in businesses 1/3 interest in Nelson Realty, Inc. (it owns the real estate rented to the electric company ) | Unknown | 10,000.00 | | 10,000.00 | FA |
| 13 | Stock and interests in businesses 1/3 interest in Howard & Hugh Nelson Electric Service, Inc. shares subject to a buy sell agreement | Unknown | 40,000.00 | | 40,000.00 | FA |
| 14 | Stock and interests in businesses | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Autos, trucks, trailers, other vehicles, access. | 7,100.00 | 0.00 | DA | 0.00 | FA |
| 16 | Autos, trucks, trailers, other vehicles, access. | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 17 | Office equipment, furnishings, and supplies | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | Animals | 25.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 16.41 | FA |
| **19** | **Assets    Totals** (Excluding unknown values) | **$464,976.00** | **$100,000.00** | | **$100,016.41** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72651  
**Case Name:** NELSON, DANNY LEE  
               NELSON, LISA ANNE  
**Period Ending:** 12/14/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 06/26/09 (f)  
**§341(a) Meeting Date:** 08/14/09  
**Claims Bar Date:** 11/18/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** August 30, 2010       **Current Projected Date Of Final Report (TFR):** August 21, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72651  
**Case Name:** NELSON, DANNY LEE  
NELSON, LISA ANNE  
**Taxpayer ID #:** **-***7745  
**Period Ending:** 12/14/12

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-19 - Money Market Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/15/11 |  | FUNDING ACCOUNT:<br>9200******2765 |  | 9999-000 | 85,000.00 |  | 85,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.90 |  | 85,000.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.16 |  | 85,003.06 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.09 |  | 85,005.15 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.16 |  | 85,007.31 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.67 |  | 85,007.98 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.41 |  | 85,008.39 |
| 07/18/11 |  | To Account #9200******2720 | combine MMA's | 9999-000 |  | 85,008.39 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 85,008.39 | 85,008.39 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 85,000.00 | 85,008.39 |  |
|  |  |  | **Subtotal** |  | 8.39 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$8.39** | **$0.00** |  |

{} Asset reference(s)                                                                                            Printed: 12/14/2012 03:31 PM    V.13.04

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-72651  
**Case Name:** NELSON, DANNY LEE  
NELSON, LISA ANNE  
**Taxpayer ID #:** **-***7745  
**Period Ending:** 12/14/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-20 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/15/11 | | FUNDING ACCOUNT: 9200******2765 | | 9999-000 | 15,000.00 | | 15,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 15,000.05 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.17 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.29 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.41 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,000.52 |
| 07/18/11 | | From Account #9200******2719 | combine MMA's | 9999-000 | 85,008.39 | | 100,008.91 |
| 07/18/11 | | From Account #9200******2765 | combine MMA's | 9999-000 | 2.13 | | 100,011.04 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 100,011.46 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.99 | 99,924.47 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.84 | | 99,925.31 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 232.72 | 99,692.59 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -6.85 | 99,699.44 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.81 | | 99,700.25 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 204.85 | 99,495.40 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.84 | | 99,496.24 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 197.63 | 99,298.61 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.80 | | 99,299.41 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 217.66 | 99,081.75 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 99,082.58 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 203.59 | 98,878.99 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 98,879.82 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 216.16 | 98,663.66 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 195.43 | 98,468.23 |
| 03/12/12 | 101 | Carl Swanson, CPA | Court approved CPA fees | 3410-000 | | 9,610.00 | 88,858.23 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 195.21 | 88,663.02 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 175.62 | 88,487.40 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 199.48 | 88,287.92 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.88 | 88,113.04 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 192.59 | 87,920.45 |
| 10/30/12 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $7,690.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,690.00 | 80,230.45 |
| 10/30/12 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $295.30, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 295.30 | 79,935.15 |

Subtotals :    $100,016.41    $20,081.26

{} Asset reference(s)    Printed: 12/14/2012 03:31 PM    V.13.04

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-72651 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** NELSON, DANNY LEE | **Bank Name:** The Bank of New York Mellon |
| NELSON, LISA ANNE | **Account:** 9200-******27-20 - Checking Account |
| **Taxpayer ID #:** **-***7745 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 12/14/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/30/12 | 104 | Illinois Department of Revenue | Dividend paid 100.00% on $7,786.95; Claim# 4P; Filed: $7,786.95; Reference: | 5200-000 | | 7,786.95 | 72,148.20 |
| 10/30/12 | 105 | Department of the Treasury | Dividend paid 100.00% on $18,049.26; Claim# 5P; Filed: $18,049.26; Reference: | 5200-000 | | 18,049.26 | 54,098.94 |
| 10/30/12 | 106 | Internal Revenue Service | Dividend paid 100.00% on $1,362.99; Claim# 9; Filed: $1,362.99; Reference: | 5200-000 | | 1,362.99 | 52,735.95 |
| 10/30/12 | 107 | Internal Revenue Service | Dividend paid 100.00% on $813.74; Claim# 13; Filed: $813.74; Reference: | 5200-000 | | 813.74 | 51,922.21 |
| 10/30/12 | 108 | Medical Assoc. of Clinton | Dividend paid 15.36% on $194.66; Claim# 1; Filed: $194.66; Reference: XXXXXX6067 | 7100-000 | | 29.92 | 51,892.29 |
| 10/30/12 | 109 | RRCA Accounts Mgmt, Inc. | Dividend paid 15.36% on $120.26; Claim# 2; Filed: $120.26; Reference: DXXX296N1 | 7100-000 | | 18.48 | 51,873.81 |
| 10/30/12 | 110 | Alliance Nutrition Millview Feed Se | Dividend paid 15.36% on $4,836.16; Claim# 3; Filed: $4,836.16; Reference: UNKNOWN | 7100-000 | | 743.19 | 51,130.62 |
| 10/30/12 | 111 | Illinois Department of Revenue | Dividend paid 15.36% on $1,326.70; Claim# 4U; Filed: $1,326.70; Reference: | 7100-000 | | 203.88 | 50,926.74 |
| 10/30/12 | 112 | Department of the Treasury | Dividend paid 15.36% on $3,223.95; Claim# 5U; Filed: $3,223.95; Reference: | 7100-000 | | 495.43 | 50,431.31 |
| 10/30/12 | 113 | Port Byron State Bank | Dividend paid 15.36% on $265,571.05; Claim# 6U; Filed: $265,571.05; Reference: XX7344 | 7100-000 | | 40,811.13 | 9,620.18 |
| 10/30/12 | 114 | PRA Receivables Management, LLC | Dividend paid 15.36% on $7,451.23; Claim# 7; Filed: $7,451.23; Reference: XXXX-XXXX-XXXX-2846 | 7100-000 | | 1,145.05 | 8,475.13 |
| 10/30/12 | 115 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 8,475.13 | 0.00 |
| | | | Dividend paid 100.00%  8,250.82 on $8,250.82; Claim# ; Filed: $8,250.82 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  224.31 on $224.31; Claim# ; Filed: $224.31 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 100,016.41 | 100,016.41 | $0.00 |
| | | | Less: Bank Transfers | | 100,010.52 | 0.00 | |
| | | | **Subtotal** | | 5.89 | 100,016.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.89** | **$100,016.41** | |

{} Asset reference(s)                                                                                              Printed: 12/14/2012 03:31 PM    V.13.04

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-72651  
**Case Name:** NELSON, DANNY LEE  
NELSON, LISA ANNE  
**Taxpayer ID #:** **-***7745  
**Period Ending:** 12/14/12

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/20/11 | | Law Office of William Shirk Trust Account | 1/3 interest in stock and interest in businesses | | | 100,000.00 | | 100,000.00 |
| | {11} | | 1/3 interest in HDR&T Car Wash | 50,000.00 | 1129-000 | | | 100,000.00 |
| | {12} | | 1/3 interest in Nelson Realty, Inc. | 10,000.00 | 1129-000 | | | 100,000.00 |
| | {13} | | 1/3 interest in Howard & Hugh Nelson Electric | 40,000.00 | 1129-000 | | | 100,000.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 0.90 | | 100,000.90 |
| 02/15/11 | | ACCOUNT FUNDED: 9200******2719 | | | 9999-000 | | 85,000.00 | 15,000.90 |
| 02/15/11 | | ACCOUNT FUNDED: 9200******2720 | | | 9999-000 | | 15,000.00 | 0.90 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 1.23 | | 2.13 |
| 07/18/11 | Int | The Bank of New York Mellon | combine MMA's | | 1270-000 | 0.00 | | 2.13 |
| 07/18/11 | | To Account #9200******2720 | combine MMA's | | 9999-000 | | 2.13 | 0.00 |
| | | **ACCOUNT TOTALS** | | | | 100,002.13 | 100,002.13 | $0.00 |
| | | Less: Bank Transfers | | | | 0.00 | 100,002.13 | |
| | | **Subtotal** | | | | 100,002.13 | 0.00 | |
| | | Less: Payments to Debtors | | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | | **$100,002.13** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******27-19** | 8.39 | 0.00 | 0.00 |
| **Checking # 9200-******27-20** | 5.89 | 100,016.41 | 0.00 |
| **MMA # 9200-******27-65** | 100,002.13 | 0.00 | 0.00 |
| | $100,016.41 | $100,016.41 | $0.00 |

{} Asset reference(s)

Printed: 12/14/2012 03:31 PM    V.13.04